972

No. 93–6282. STATON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–6283. SENIOR v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–6284. THOMPSON v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 93–6285. MARTINEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–6290. MOUNT v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 93–6346. BARTLETT v. DOMOVICH, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–277. THERIOT ET AL. v. GREAT WESTERN COCA-COLA BOTTLING, DBA COCA-COLA BOTTLING COMPANY OF HOUSTON. C. A. 5th Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 93–433. ESTATE OF PITRE v. WESTERN ELECTRIC CO., INC. C. A. 10th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 93–434. SUSAN R. M., BY HER NEXT FRIEND, CHARLES L. M. v. NORTHEAST INDEPENDENT SCHOOL DISTRICT ET AL. C. A. 5th Cir. Motion of petitioner to strike respondent Texas Education's statement denied. Certiorari denied.

No. 92–8265. MOORE v. HAM, CORRECTIONS CAPTAIN, ET AL., ante, p. 830;
No. 92–8802. CURRY v. LEDGER PUBLISHING CORP. ET AL., ante, p. 836;
No. 92–8853. FITE v. CANTRELL ET AL., ante, p. 837;
No. 92–8862. NEWTOP v. SAN FRANCISCO COUNTY SUPERIOR COURT, ante, p. 837;
No. 92–8863. NEWTOP v. SAN FRANCISCO COUNTY SUPERIOR COURT, ante, p. 837;

No. 92–8864. NEWTOP v. SAN FRANCISCO COUNTY SUPERIOR COURT, *ante*, p. 838;

No. 92–8918. MCQUEEN v. POLLARD, *ante*, p. 840;

No. 92–9116. TERRIZZI v. STAINER, WARDEN, *ante*, p. 851;

No. 92–9145. OWENS v. ASHLEY, *ante*, p. 853;

No. 92–9234. DEMPSEY v. SEARS, ROEBUCK & CO., *ante*, p. 859;

No. 93–5024. TILLI v. BOARD OF REVIEW, *ante*, p. 871;

No. 93–5090. LEE v. ARMONTROUT, ASSISTANT DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, *ante*, p. 875;

No. 93–5100. GREEN v. SHEFFIELD, SUPERINTENDENT, DADE CORRECTIONAL INSTITUTION, *ante*, p. 875;

No. 93–5172. FRANKLIN v. WITKOWSKI, WARDEN, ET AL., *ante*, p. 880;

No. 93–5181. WARD v. BERRY, WARDEN, ET AL., *ante*, p. 880;

No. 93–5183. MALLON v. UNITED STATES, *ante*, p. 880;

No. 93–5193. BARRIOS v. UNITED STATES, *ante*, p. 881;

No. 93–5594. IN RE ANDERSON, *ante*, p. 809;

No. 93–5603. WHITE v. INTERNATIONAL UNION PLANT GUARD WORKERS, LOCAL NO. 166, *ante*, p. 921; and

No. 93–5754. HORNICK v. UNITED STATES, *ante*, p. 904. Petitions for rehearing denied.

NOVEMBER 12, 1993

No. 93–598. MELLUZZO ET UX. v. BABBITT, SECRETARY OF THE INTERIOR. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.

NOVEMBER 15, 1993

No. ———. GERMANO ET UX. v. FIRST NATIONAL BANK OF BETHANY ET AL. Motion of petitioners for reconsideration of order of October 4, 1993 [*ante*, p. 802], denied.

No. D–1306. IN RE DISBARMENT OF ROGERS. John I. Rogers III, of Bennettsville, S. C., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the